UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER:   06-20336

v.        HONORABLE AVERN COHN

D-1, WALTER STARGHILL,

        Defendant.
        _____/

## ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE AND DISCHARGE OF THE DEFENDANT

     Before the Court is defendant's Motion for Termination of Supervised Release and Discharge of Defendant. The Court being advised in the premises,

     IT IS HEREBY ORDERED that motion is GRANTED. The defendant's remaining term of supervision is TERMINATED and the defendant is DISCHARGED.

     SO ORDERED.


Dated: December 13, 2011        s/Avern Cohn
                                                  AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 13, 2011, by electronic and/or ordinary mail.

                                                               s/Julie Owens
                                                                Case Manager, (313) 234-5160